THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAPLE LANE CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORTHFIELD INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | No. 2:24-cv-01136-RAJ<br><br>STIPULATED MOTION AND ORDER TO REMAND TO STATE COURT |

## I. STIPULATION

The parties to this action, by and through their attorneys of record, stipulate that the above-captioned action shall be remanded to state court.

I certify that this memorandum contains 25 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND ORDER
TO REMAND TO STATE COURT - 1
CASE NO. 2:24-cv-01136-RAJ

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

1  DATED this 5th day of August 2024.

2                  HARPER | HAYES PLLC

3

4                  By: s/ *Todd C. Hayes*
                    Todd C. Hayes, WSBA No. 26361

5                      s/ *Charles K. Davis*
                    Charles K. Davis, WSBA No. 38231

6                      1200 Fifth Avenue, Suite 1208
                    Seattle, WA 98101

7                      (206) 340-8010
                    todd@harperhayes.com

8                      cdavis@harperhayes.com
                    Attorneys for Plaintiff Maple Lane Condominium Association

9

10                 LANE POWELL PC

11                 By: s/ *Stephania Denton*
                    Stephania Denton, WSBA No. 21920

12                     1420 Fifth Avenue, Suite 4200
                    P.O. Box 91302

13                     Seattle, WA  98111
                    (206) 223-7000

14                     dentons@lanepowell.com
                    Attorneys for Defendant Northfield Insurance Company

15

16

17

18

19

20

21

22

23

STIPULATED MOTION AND ORDER TO REMAND TO STATE COURT - 2
CASE NO. 2:24-cv-01136-RAJ

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

## II. ORDER

Based on the above stipulation, IT IS ORDERED:

1. That the above-captioned action shall be remanded to state court; and

2. No costs are awarded to either party.

DATED this 6th day of August, 2024.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION AND ORDER
TO REMAND TO STATE COURT - 3
CASE NO. 2:24-cv-01136-RAJ

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010